IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ETHEL HARKINS,<br><br>　　　　Plaintiff,<br>　　v.<br><br>ASTRAZENECA PHARMACEUTICALS, L.P., et al.,<br><br>　　　　Defendants | No. C-06-0566 MMC<br><br>**ORDER VACATING CASE MANAGEMENT CONFERENCE** |

　　Before the Court is the parties' Joint Case Management Conference Statement, filed August 23, 2006, by which the parties seek to vacate the September 8, 2006 case management conference or continue the conference by approximately 120 days.  The parties seek vacatur or continuance because the Judicial Panel on Multidistrict Litigation has directed the Clerk of the Eastern District of New York to file an order transferring the remaining claims herein to that court for inclusion in MDL No. 1596, In re Zyprexa Products Liability Litigation.

　　Accordingly, for good cause shown, the September 8, 2006 case management conference is hereby VACATED.

　　**IT IS SO ORDERED.**

Dated: August 24, 2006

　　　　　　　　　　　　　　　　　　　　MAXINE M. CHESNEY
　　　　　　　　　　　　　　　　　　　　United States District Judge